1078

[No. 21124-6-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY D.
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-01855-6, James D. Ladley, J., entered
September 3, 1996. *Reversed* by unpublished opinion per
Morgan, J., concurred in by Houghton, C.J., and Bridge-
water, J.

[No. 21171-8-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PRENTICE
CHRISTOPHER HOLLINGSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 96-1-00572-0, Roger A. Bennett, J., entered
September 12, 1996. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Houghton, C.J., and Bridgewa-
ter, J.

[No. 21259-5-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL
WACO MANJARES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 96-1-01033-2, Thomas L. Lodge, J., entered
September 23, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton, C.J., and Bridge-
water, J.

[No. 21278-1-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A.
ANDREWS, *Appellant*.

Appeal from a judgment of the Superior Court for
Pacific County, No. 96-1-00152-8, Joel M. Penoyar, J.,
entered October 24, 1996. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Houghton, C.J., and
Morgan, J.